UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JAMES NAPOLI, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:09-cv-199-DRH-PMF |
| | ) | |
| v. | ) | |
| | ) | |
| CONTINENTAL AKTIENGESELLSCHAFT, | ) | |
| a/k/a CONTINENTAL AG & CONTINENTAL | ) | |
| TIRE NORTH AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER DISMISSING CAUSE WITH PREJUDICE

IT IS HEREBY ORDERED that pursuant to the parties' Stipulation for Dismissal and Request for Entry of Order Dismissing Cause With Prejudice this cause of action is **DISMISSED with prejudice**, each party to bear his or its own costs and fees. The Clerk is hereby **DIRECTED** to enter Judgment dismissing this entire cause of action **with prejudice**, each party to bear his or its own costs and fees. This Order resolves the last pending claim and closes the case.

DATED: December 7, 2009              /s/   *David R Herndon*
                                     Chief Judge
                                     United States District Court