IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES NAPOLI, | ) |
| Plaintiff, | ) ) ) |
| VS. | )     NO. 09-CV-199-DRH |
| CONTINENTAL AKTIENGESELLSCHAFT, a/k/a CONTINENTAL AG & CONTINENTAL TIRE NORTH AMERICA, INC., | ) ) ) ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Stipulation for Dismissal executed by counsel for both parties.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on December 7, 2009, this case is **DISMISSED** with prejudice. Each party shall bear its own costs.

                                     **NANCY J. ROSENSTENGEL,**
                                     **CLERK OF COURT**

                                     **BY:**       /s/*Sandy Pannier*
                                                                **Deputy Clerk**

Dated: December 7, 2008.

APPROVED: /s/ *David R Herndon*
                CHIEF JUDGE
                U. S. DISTRICT COURT